UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| NESHIA L MORRIS | CIVIL ACTION NO. 25-cv-1555 |
| VERSUS | JUDGE EDWARDS |
| STATE OF LOUISIANA | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the amended complaint (Doc. 6) which contains the allegations made in the original complaint verbatim, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's complaint is dismissed without prejudice for lack of subject matter jurisdiction.

THUS DONE AND SIGNED at Alexandra, Louisiana, this the 13th day of November, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE